JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MANUEL MARTEL, ) | No. CV 03-2783-JHN(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| ANTHONY LAMARQUE (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:    June 3, 2010

_____

JACQUELINE H. NGUYEN
United States District Judge

1